**Dismissed and Memorandum Opinion filed August 19, 2025**



**In The**

# Fifteenth Court of Appeals

---

### NO. 15-25-00095-CV

---

**PRIMEXX ENERGY OPPORTUNITY FUND, LP AND PRIMEXX
ENERGY OPPORTUNITY FUND II, LP, Appellants**

**V.**

**PRIMEXX ENERGY CORPORATION, M. CHRISTOPHER DOYLE,
ANGELO ACCONCIA, BLACKSTONE INC., BLACKSTONE HOLDINGS
III LP, BLACKSTONE EMA II LLC, BMA VII LLC, BLACKSTONE
ENERGY MANAGEMENT ASSOCIATES II LLC, BLACKSTONE
ENERGY PARTNERS II LP, BLACKSTONE MANAGEMENT
ASSOCIATES VII LLC, BLACKSTONE CAPITAL PARTNERS VII LP,
BCP VII/BEP II HOLDINGS MANAGER LLC, BX PRIMEXX TOPCO
LLC, AND BPP HOLDCO LLC, Appellees**

---

**On Appeal from the Business Court Division 1B
Dallas County, Texas
Trial Court Cause No. 24-BC01B-0010**

---

### MEMORANDUM OPINION

This is an interlocutory appeal of an order of the business court order granting

the special appearances of two defendants.[1] Appellants Primexx Energy Opportunity Fund, LP and Primexx Energy Opportunity Fund II, LP inform us in a "Notice of Merged Appeal" that the business court's order has merged into a final judgment.[2] This Court docketed their appeal from the final judgment under cause No. 15-25-00120-CV. Appellants intend to move forward with their challenge to the special appearances in that appeal. We treat the Notice of Merged Appeal as a motion to dismiss cause No. 15-25-00095-CV, grant the motion, and dismiss the appeal.[3]

/s/ Scott Brister
Scott Brister
Chief Justice

Before Chief Justice Brister and Justices Field and Farris.

---

[1]    TEX. CIV. PRAC. & REM. CODE § 51.014(a)(7).

[2]    *See Bonsmara Nat. Beef Co., LLC v. Hart of Tex. Cattle Feeders, LLC*, 603 S.W.3d 385, 390 (Tex. 2020) ("When a trial court renders a final judgment, the court's interlocutory orders merge into the judgment and may be challenged by appealing that judgment.").

[3]    *See* TEX. R. APP. P. 42.1(a)(1).